United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOVETT,

    Plaintiff,

  v.

ALPHA EPSILON PHI,

    Defendant
                                  /

No. C-05-3132 MMC

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; NOTICE TO PLAINTIFF**

      Before the Court is plaintiff Cornelius Lovett's complaint and application to proceed in forma pauperis.

      The filing fee to commence a civil action is $250. See 28 U.S.C. § 1914(a). A district court, however, may authorize a plaintiff to commence a civil action without payment of the filing fee, if the plaintiff demonstrates that he is "unable to pay such fees or give security therefor." See 28 U.S.C. § 1915(a)(1).

      In his application to proceed in forma pauperis, plaintiff states he was last employed on June 9, 2005, and that he received $2600 per month while employed. (See Application ¶ 1.) Plaintiff also states that he has not received any money in the past twelve months from a business, profession, or self-employment. (See id. ¶ 2.a.) Plaintiff further states that he has no cash, he has no banking accounts, he receives no payments from a government source, and that he owns no assets other than a car, on which he makes a

monthly payment of $350.  (See id. ¶¶ 2.e, 6, 7.)  Plaintiff nevertheless states that his total monthly expenses are $1300 and that he is not accumulating any additional debt, (see id. ¶¶ 8, 9), which statements appear to be inconsistent with his statements that he has no income or assets other than his car.

In light of the above-referenced inconsistencies in plaintiff's application, the application is hereby DENIED.

If plaintiff wishes to proceed with his complaint, plaintiff must, no later than August 22, 2005, pay the filing fee to the Clerk of the Court or file a new application to proceed in forma pauperis that clarifies each of the above-referenced inconsistencies.  If, by August 22, 2005, plaintiff has not paid the filing fee or submitted a sufficient application to proceed in forma pauperis, the Court will dismiss plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

Dated:  August 10, 2005

_____
MAXINE M. CHESNEY
United States District Judge