United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOVETT,

    Plaintiff,

  v.

ALPHA EPSILON PHI,

    Defendant
_____/

No. C-05-3132 MMC

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; NOTICE TO PLAINTIFF**

    Before the Court is plaintiff Cornelius Lovett's complaint and application to proceed in forma pauperis.

    The filing fee to commence a civil action is $250. See 28 U.S.C. § 1914(a). A district court, however, may authorize a plaintiff to commence a civil action without payment of the filing fee, if the plaintiff demonstrates that he is "unable to pay such fees or give security therefor." See 28 U.S.C. § 1915(a)(1).

    In his application to proceed in forma pauperis, plaintiff states he was last employed on June 9, 2005, and that he received $2600 per month while employed. (See Application ¶ 1.) Plaintiff also states that he has not received any money in the past twelve months from a business, profession, or self-employment. (See id. ¶ 2.a.) Plaintiff further states that he has no cash, he has no banking accounts, he receives no payments from a government source, and that he owns no assets other than a car, on which he makes a

1  monthly payment of $350.  (See id. ¶¶ 2.e, 6, 7.)  Plaintiff nevertheless states that his total
2  monthly expenses are $1300 and that he is not accumulating any additional debt, (see id.
3  ¶¶ 8, 9), which statements appear to be inconsistent with his statements that he has no
4  income or assets other than his car.
5       In light of the above-referenced inconsistencies in plaintiff's application, the
6  application is hereby DENIED.
7       If plaintiff wishes to proceed with his complaint, plaintiff must, no later than August
8  22, 2005, pay the filing fee to the Clerk of the Court or file a new application to proceed in
9  forma pauperis that clarifies each of the above-referenced inconsistencies.  If, by August
10 22, 2005, plaintiff has not paid the filing fee or submitted a sufficient application to proceed
11 in forma pauperis, the Court will dismiss plaintiff's complaint without prejudice.
12 **IT IS SO ORDERED.**

14 Dated:  August 10, 2005
                                    _____
15                                      MAXINE M. CHESNEY
                                     United States District Judge