United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORNELIUS LOVETT,                          No. C 05-3132 MMC

            Plaintiff,                     **ORDER DISMISSING ACTION**

     v.

ALPHA EPSILON PHI,

            Defendant
                                                    /

     By order filed December 19, 2005, the Court ordered plaintiff, in light of his failure to

appear at a regularly-scheduled case management conference and his failure to file proof

of service of the summons and complaint on defendant, to show cause, no later than

December 30, 2005, why the above-titled action should not be dismissed.  To date, plaintiff

has failed to respond to the Court's order to show cause.

     Accordingly, for the reasons set forth in the Court's order filed December 19, 2005,

the above-titled action is hereby DISMISSED, without prejudice, for failure to prosecute,

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Additionally, the action is

dismissed, without prejudice, for failure to timely serve defendant, pursuant to Rule 4(m).

     The Clerk shall close the file.

     **IT IS SO ORDERED.**

Dated: January 4, 2006
                                          _____
                                          MAXINE M. CHESNEY
                                          United States District Judge